IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA          :
                                  :
        v.                        :       1:15CR366-1
                                  :
CHRISTOPHER CALVERT LYNCH          :

The Grand Jury charges:

COUNT ONE

From on or about January 11, 2015, continuing up to and including on or about July 1, 2015, the exact dates to the Grand Jurors unknown, in the County of Stokes, in the Middle District of North Carolina, CHRISTOPHER CALVERT LYNCH knowingly did receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

COUNT TWO

On or about July 1, 2015, in the County of Stokes, in the Middle District of North Carolina, CHRISTOPHER CALVERT LYNCH did knowingly possess materials which contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), said child pornography containing an image that involved a

prepubescent minor and a minor who had not yet attained 12 years of age, and which materials had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged above, the defendant, CHRISTOPHER CALVERT LYNCH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252A, and all property, real or personal, used or intended to be used to commit or promote the commission of the offense of conviction, including but not limited to the following items that were obtained from defendant on July 1, 2015:

    a. One Dell XPS Desktop Computer, service tag number 1HYZTR1; and

    b. One Fantom External Hard Drive, serial number S19242202.

2

All in accordance with Title 18, United States Code, Section 2253, and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL:

███████████████
FOREPERSON

*Eric L. Iverson by RSG*
ERIC L. IVERSON
ASSISTANT UNITED STATES ATTORNEY


RIPLEY RAND
UNITED STATES ATTORNEY

3