IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | 1:15CR366-1 |
| v. | : | |
| | : | |
| CHRISTOPHER CALVERT LYNCH | : | |

**DECLARATION OF PUBLICATION**

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning March 25, 2016 and ending on April 23, 2016. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 3, 2016 at Greensboro, NC.

                                       Respectfully submitted,

                                       RIPLEY RAND
                                       United States Attorney

                                       <u>/s/ Eric L. Iverson</u>
                                       Eric L. Iverson
                                       Assistant United States Attorney
                                       NCSB #46703
                                       101 South Edgeworth Street, 4th Floor
                                       Greensboro, NC 27401
                                       Phone: (336)333-5351
                                       E-mail: eric.iverson@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# COURT CASE NUMBER: 1:15CR366-1; NOTICE OF FORFEITURE

Notice is hereby given that on March 23, 2016, in the case of <u>U.S. v. Christopher Calvert Lynch</u>, Court Case Number 1:15CR366-1, the United States District Court for the Middle District of North Carolina entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous computer equipment Ser No: 1HYZTR1 (15-ICE-002106) which was seized from Christopher Calvert Lynch on July 01, 2015 at 1975 Bud Tilley Road, located in Pinnacle, NC

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 25, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, P.O. Box 2708, Greensboro, NC 27402, and a copy served upon Assistant United States Attorney Lynne P. Klauer, U.S. Attorney's Office, 101 S. Edgeworth Street, 4th Floor, Greensboro, NC 27401. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 25, 2016 and April 23, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Christopher Calvert Lynch

**Court Case No:** 1:15CR366-1
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/25/2016 | 24.0 | Verified |
| 2 | 03/26/2016 | 24.0 | Verified |
| 3 | 03/27/2016 | 24.0 | Verified |
| 4 | 03/28/2016 | 24.0 | Verified |
| 5 | 03/29/2016 | 24.0 | Verified |
| 6 | 03/30/2016 | 24.0 | Verified |
| 7 | 03/31/2016 | 24.0 | Verified |
| 8 | 04/01/2016 | 24.0 | Verified |
| 9 | 04/02/2016 | 24.0 | Verified |
| 10 | 04/03/2016 | 24.0 | Verified |
| 11 | 04/04/2016 | 24.0 | Verified |
| 12 | 04/05/2016 | 24.0 | Verified |
| 13 | 04/06/2016 | 24.0 | Verified |
| 14 | 04/07/2016 | 24.0 | Verified |
| 15 | 04/08/2016 | 24.0 | Verified |
| 16 | 04/09/2016 | 24.0 | Verified |
| 17 | 04/10/2016 | 24.0 | Verified |
| 18 | 04/11/2016 | 24.0 | Verified |
| 19 | 04/12/2016 | 24.0 | Verified |
| 20 | 04/13/2016 | 24.0 | Verified |
| 21 | 04/14/2016 | 24.0 | Verified |
| 22 | 04/15/2016 | 24.0 | Verified |
| 23 | 04/16/2016 | 24.0 | Verified |
| 24 | 04/17/2016 | 24.0 | Verified |
| 25 | 04/18/2016 | 24.0 | Verified |
| 26 | 04/19/2016 | 24.0 | Verified |
| 27 | 04/20/2016 | 24.0 | Verified |
| 28 | 04/21/2016 | 20.6 | Verified |
| 29 | 04/22/2016 | 24.0 | Verified |
| 30 | 04/23/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.